Exhibit 3

**AMENDMENT TO GROUP CONTRACT NO. G-20400-3**

By their signatures below, the Contract Holder and Prudential agree that the Group Contract is changed as follows:

- The insurance form listed in Column I below is attached to this Amendment; it forms part of the Group Contract as of its Effective Date. The form listed in Column I replaces, as of its Effective Date, the corresponding insurance form listed in Column II.

  | **Column I** | **Column II** |
  |---|---|
  | 83500 SCH 1001<br>effective January 1, 2012 | 83500 SCH 1001<br>effective November 1, 2004 |

Date: _____, 20____          _____- NEA MEMBERS INSURANCE TRUST -_____
                                                                   (Contract Holder)

Witness: _____      By: _____
                                                                   (Signature and Title)

Roseland, NJ                                       THE PRUDENTIAL INSURANCE COMPANY
                                                                OF AMERICA

                                                   By: *[signature: Natalie A. Schmedinit]*
April 5, 2012                                          Vice President, Contracts

# Schedule of Plans

**Effective Date:** January 1, 2012

**Group Contract No.:** G-20400-3

This Schedule of Plans sets forth the Plan of Benefits that applies to each Covered Class under the Group Contract listed below as of the Effective Date. The Plan of Benefits for a Covered Class is determined by: (1) the Group Insurance Certificates that apply to the Covered Class; and (2) any modification to those Certificates, provided the modification is listed below or included in an amendment to the Group Contract. A copy of each Certificate and any modification to it are attached to the Group Contract and made a part of it.

**Covered Class:**

All Employees included in the Covered Classes of the Group Insurance Certificate(s) listed below.

    **Plan of Benefits that Applies to this Covered Class:**

(1) The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:

    (a) With the Program Date of November 1, 2004; and

    (b) Bearing the code "20400-3 AD&D-1 W/SP,DP; Ed. 11-2004".

    The modifications to that Certificate described in the Notice of Change:

    (a) With the Program Date of May 1, 2001; and

    (b) Bearing the code "(20400-3 DEPS Cont Cov AD&D-1) Ed. 7-2001".

(2) The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:

    (a) With the Program Date of November 1, 2004; and

    (b) Bearing the code "20400-3 AD&D-Plus W/SP,DP; Ed. 11-2004".

    The modifications to that Certificate described in the Notice of Change:

    (a) With the Program Date of September 1, 2001; and

    (b) Bearing the code "(20400-3 DEPS Cont Cov AD&D-4 PLUS) Ed. 7-2001".

PRU 77212-000448-000509

(3) The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:

    (a)    With the Program Date of January 1, 2012; and

    (b)    Bearing the code "20400, OADD, All Members, Ed 12-2011, 49".

_____

83500
SCH 1001
3
(S-1)(20400-3)

PRU 77212-000448-000510